NJM:MND
F.# 2025R00463

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

ARTURO HERNANDEZ,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - X

P R O P O S E D  O R D E R

26-MJ-97

      Upon the application of JOSEPH NOCELLA, JR., United States Attorney for the Eastern District of New York, by Assistant United States Attorney Nicholas J. Moscow, for an order partially unsealing the complaint in the above-captioned matter.

      WHEREFORE, it is ordered that the government's proposed redacted complaint, attached to the government's May 20, 2026 letter, be filed in lieu of a public complaint in this matter. The Court finds that the proposed redactions to the complaint are necessary to protect the victims' privacy interests, and that the redactions are an appropriate balance of the public's right to access the complaint with the victims' rights to privacy.

      IT IS FURTHER ORDERED that the government may share an unredacted version of the sealed complaint in this matter with counsel for the defendant, conditioned on counsel's agreement not to disseminate or otherwise share the complaint (pending the entry of a protective order). Counsel may share the contents of the unredacted complaint with the

defendant in counsel's presence, but should not furnish an unredacted copy to the defendant at this time.

Dated:   Brooklyn, New York
         May 20        , 2026

                                        HONORABLE PEGGY CROSS-GOLDENBERG
                                        UNITED STATES MAGISTRATE JUDGE
                                        EASTERN DISTRICT OF NEW YORK